# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN MARTINEZ, | No. 2:16-CV-0831-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions (Docs. 24 and 24) for an extension of time to file a first amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order and is cautioned that failure to comply could result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

Dated: November 30, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1